UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERIC DEBOUE,

                  Petitioner,

-against-

ROY GIRDICH, Superintendent,
Upstate Correctional Facility,

                  Respondent.
----------------------------------------------------------------X

JUDGMENT
04-CV-0119 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 13 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 9, 2005, denying petitioner's petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
        June 10, 2005

                                                /s/
                                  ROBERT C. HEINEMANN
                                  Clerk of Court